1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2  SARA WINSLOW (DCBN 457643)
   Chief, Civil Division
3  ADRIENNE ZACK (CABN 291629)
   Assistant United States Attorney
4
       450 Golden Gate Avenue, Box 36055
5      San Francisco, California 94102-3495
       Telephone: (415) 436-7031
6      Fax: (415) 436-6748
       adrienne.zack@usdoj.gov
7
   Attorneys for Respondents
8

9  CHRISTINA H. LEE, State Bar No. 230883
   JOHN F. FLANAGAN, State Bar No. 319217
10 BECKER & LEE LLP
   1322 Webster Street, Suite 300
11 Oakland, CA 94612
   Tel. (415) 233-7001
12 Fax (415) 233-7016
   Email jflanagan@blimmigration.com
13
   Attorneys for Petitioner

14

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ALEXEY GENNADYEVICH KHARIS, | ) CASE NO. 3:18-cv-4800-JST |
|---|---|
| Petitioner, | ) **JOINT STIPULATION TO EXTEND BRIEFING SCHEDULE REGARDING MOTION FOR ATTORNEYS' FEES** |
| v. | |
| WILLIAM BARR, et al., | |
| Respondents. | |

Pursuant to Local Rule 6-1(b) and 7-12, and subject to the approval of the Court, the parties hereby stipulate to continuing the deadlines and hearing date with respect to Petitioner's Motion for Attorneys' Fees as follows:

Respondents' Opposition (currently due March 29, 2019):    April 12, 2019

Petitioner's Reply (currently due April 5, 2019)    April 19, 2019

| | |
|---|---|
| Hearing Date: (currently set for April 25, 2019) | May 9, 2019 |

The reasons for the parties' request is set forth in the attached declaration of Adrienne Zack, as required by Local Rule 6-2(a).

| | |
|---|---|
| DATED: March 28, 2019 | Respectfully submitted, |
| */s/ John F. Flanagan*[1]<br>JOHN F. FLANAGAN, State Bar No. 319217<br>CHRISTINA H. LEE, State Bar No. 230883<br>BECKER & LEE LLP<br>1322 Webster Street, Suite 300<br>Oakland, CA 94612<br>Tel. (415) 233-7001<br>Fax (415) 233-7016<br>Email jflanagan@blimmigration.com<br><br>Attorneys for Petitioner | DAVID L. ANDERSON<br>United States Attorney<br><br>*/s/ Adrienne Zack*<br>ADRIENNE ZACK<br>Assistant United States Attorney<br><br>Attorneys for Respondents |

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED. Respondents' Opposition to Petitioner's Motion for Attorneys' Fees is due April 12, 2019. Petitioner's Reply is due April 19, 2019. The hearing currently set for April 25, 2019, is continued to May 9, 2019.

DATE: March 29, 2019

_____
The Honorable Jon S. Tigar
United States District Judge

---

[1] In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.