UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXEY GENNADYEVICH KHARIS,<br><br>Plaintiff,<br><br>v.<br><br>JEFFERSON B SESSIONS, III, et al.,<br><br>Defendants. | Case No. 18-cv-04800-JST<br><br>**ORDER TO FILE STIPULATION OF DISMISSAL**<br><br>Re: ECF No. 30 |

The parties have filed a Notice of Settlement. ECF No. 30. By June 12, 2019, the parties shall file either a stipulation of dismissal or a one-page joint statement explaining why they were unable to file such a stipulation.

The Court also hereby sets a case management conference on June 26, 2019. That conference will be vacated automatically if a stipulation of dismissal is timely filed.

Any continuance of the deadlines set in this order requires a showing of good cause.

All other deadlines and hearings are vacated.

**IT IS SO ORDERED**.

Dated: April 15, 2019

_____
JON S. TIGAR
United States District Judge